UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

Eastern District of Kentucky
**FILED**

JUL 0 8 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 04-cr-93-KSF

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                              **OPINION AND ORDER**

BRENDA BURRUS                                                                        DEFENDANT

\* \* \* \* \* \* \* \*

This matter is before the Court on the June 19, 2013 Report and Recommendation of Magistrate Judge J. Gregory Wehrman [DE 277] regarding revocation of Defendant Brenda Burrus' supervised release. No objections were filed to the Magistrate Judge's report and recommendation, and the time for filing same has passed. "It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Having examined the record, the Court is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 277] is **ADOPTED** and **INCORPORATED** by reference;

2. Judgment will be entered contemporaneously with this opinion and order in favor of the United States.

This July 1, 2013.

_____
Karl S. Forester, Senior Judge